UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>PATRICIA K. THOMAS,<br><br>      Defendant.<br>_____/ | CR. NO. S-02-152 LKK |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>PATRICIA K. THOMAS,<br><br>      Defendant and<br>      judgment debtor.<br>_____/<br>BRASHER'S SACRAMENTO AUTO<br>AUCTION,<br><br>      Garnishee.<br>_____/ | MISC. NO. S-11-64 LKK<br><br>RELATED CASE ORDER |

    The court has received the Notice of Related Cases filed July 1, 2011.  Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of

1  Local Rule 123(a), E.D. Cal. (2011) because both actions involve
2  the same parties and are based on the same claim.
3       Because the cases are already assigned to the same district
4  judge, this order is issued for informational purposes only and
5  shall have no effect on the status of the cases.
6       IT IS SO ORDERED.
7       DATED: July 20, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2